452 A.2d 1016

**Robert G. SCANLON, Secretary of Education, and Edward G. Biester, Jr., Acting Attorney General**

**v.**

**MOUNT UNION AREA BOARD OF SCHOOL DIRECTORS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1982.

Decided Dec. 10, 1982.

John R. Miller, Bellefonte, for appellant.

Gwendolyn T. Mosley, Deputy Atty. Gen., for appellee.

Michael I. Levin, Harrisburg, for Pa. Sch. Bd. Assoc.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed, 51 Pa.Cmwlth. 83, 415 A.2d 96.